DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL INSURANCE COMPANY OF NORTH AMERICA,**
Appellant,

v.

**JD RESTORATIONS,** a/a/o **MARITZA MONROE,**
Appellee.

No. 4D22-373

[May 25, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. COCE19012192.

David T. Burr and Jordan A. Grana of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Tampa, for appellant.

Zachary A. Hicks of Berger & Hicks, P.A., Miami, and Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*